[No. 3215–2.  Division Two.  March 2, 1978.]

C. A. ENRIGHT, *Appellant,* v. ALFRED C. HESTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 233633, Willard J. Roe, J., entered
March 22, 1977. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Reed and Soule, JJ.

[No. 2651–1.  Division One.  March 6, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
JOHN SMITH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 65726, James J. Dore, J., entered December 3,
1973. *Affirmed* by unpublished per curiam opinion.

[No. 2740–1.  Division One.  March 6, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
WALLACE, *Defendant,* ALBERT THOMAS
DUANE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 65393, Cornelius C. Chavelle, J., entered Janu-
ary 11, 1974. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.